IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-227-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEFFREY TATE DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given to the petitioner, Jeffrey Davis, that the Court intends to construe his letter filed on December 20, 2013 [DE 52] as a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255. In his letter, petitioner seeks to vacate, set aside, or correct his sentence. The Court GRANTS petitioner 30 (thirty) days from the filing of this notice to confirm or deny his intent to file a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255. If a response is not filed within this time, this Court will presume that petitioner is not seeking such relief and this action will be dismissed.

The court further warns the petitioner of the effects of filing a motion pursuant to section 2255, and advises him as to the requirements of section 2255. *See Castro v. United States*, 540 U.S. 375, 377, 383 (2003); *see also United States v. Emmanuel*, 288 F.3d 644, 649 (4th Cir. 2002).

SO ORDERED, this ___ day of April, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE